IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

**CIV-SEITZ**

PANTROPIC POWER INC.,

       Plaintiff,

vs.

M/Y GOTTA B ME, her engines,
tackle, apparel, furniture, etc., *in rem*,
and BENEDICT FILLICHIO, *in personam*

       Defendants.

_____/

CASE NO.:



## VERIFIED COMPLAINT PURSUANT TO RULE 9(h)

COMES NOW, the Plaintiff PANTROPIC POWER, INC., by and through their undersigned attorneys and pursuant to Rule C of the Supplemental Admiralty Rules and other applicable Federal Rules of Civil Procedure, files this Complaint against the M/Y GOTTA B ME, her engines, tackle, apparel, furniture, etc., *in rem*, and her owner BENEDICT FILLICHIO, *in personam*, as follows:

1.      This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, for a judgment and maritime lien pursuant to the provisions of 46 United States Code § 31341 – 31342 and Rule C of the Federal Rules of Civil Procedure, and for breach of a maritime contract.

2.      Plaintiff, PANTROPIC POWER, INC. was and is at all times material hereto a Florida corporation, with an office and principal place of business in Miami, Florida.

3.     The M/Y GOTTA B ME, a Sea Ray pleasure craft, is now, or will be during the pendency of this action, within this District and within the jurisdiction of this Court.

4.     Defendant BENEDICT FILLICHIO is the owner of the M/Y GOTTA B ME who at all times material hereto operated, controlled, and/or otherwise managed the M/Y GOTTA B ME.

5.     In August 2005, BENEDICT FILLICHIO contracted with PANTROPIC POWER, INC. to provide services and repairs to the vessel.

6.     Pursuant to the contract between the parties, PANTROPIC furnished the vessel M/Y GOTTA B ME with various materials, services, supplies, repairs and necessaries totaling $38,259.66.

7.     To date, payment has not been made for the aforementioned materials, services, supplies, repairs and necessaries, notwithstanding PANTROPIC's demand for the same.

8.     The invoices describing the various materials, services, supplies, repairs, and necessaries provided by PANTROPIC to the vessel and on behalf of the *in personum* defendant are attached hereto as composite Exhibit "A", which the Plaintiff incorporates by reference herein.

9.     Defendant BENEDICT FILLICHIO has breached the contract with PANTROPIC by failing and refusing to pay PANTROPIC for the materials, services, supplies, repairs and necessaries provided to the vessel, and PANTROPIC has been damaged as a result of defendant BENEDICIT FILLICHIO's breach.

10.    Payment for the materials, services, supplies, repairs and necessaries provided to the vessel are due and owing to the Plaintiff in Miami, Florida.

11.     As the owner and operator of the vessel, defendant BENEDICT FILLICHIO is responsible for the payment of the materials, services, supplies, repairs and necessaries provided to the vessel provided by PANTROPIC.

12.     As a result of the non payment of necessaries provided to the vessel referenced above, the Plaintiff has a maritime lien against the M/Y GOTTA B ME, pursuant to 46 U.S.C. 31341-31342, the Maritime Lien Act, and Rule C of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

13.     The Defendant BENEDICT FILLICHIO is liable *in personum* to the Plaintiff for the necessaries provided as owner, operator, charterer, manager and/or controller of the vessel M/V GOTTA B ME.

WHEREFORE, the Plaintiff PANTROPIC prays that process in due form of law issue against the *in rem* defendant M/V GOTTA B ME and *in personum* Defendant BENEDICT FILLICHIO, citing them to appear and answer under oath the matters aforesaid, and further that:

1. A Warrant of Arrest be issued against the M/Y GOTTA B ME, her tackle, engines, appurtenances, etc., and that the vessel be condemned and sold to satisfy the amount found to be due to Plaintiff together with interest, costs, and attorney fees and;

2. That Judgment be entered against the *in personum* defendant BENEDICT FILLICHIO, individually, in favor of the Plaintiff in the amount of $38,259.66, plus interest, costs, attorney fees, and any further relief which this Court may deem just and proper.

DATED this ___*18*___ day of ___*April*___, 2006.

BLANCK & COOPER, P.A.
5730 SW 74th St.
Suite 700
Miami, Florida 33143
Telephone: (305) 662-0177
Facsimile: (305) 663-0146

BY: _____
Jonathan S. Cooper, Esquire
Florida Bar Number: 99376

### VERIFICATION OF COMPLAINT

STATE OF FLORIDA       )
                       ) ss:
COUNTY OF MIAMI DADE   )

BEFORE ME, the undersigned authority, personally appeared RAUL SANCHEZ,. who being duly sworn deposes and states:

1. That I am the Credit Manager for PANTROPIC POWER, INC.

2. That I have read the foregoing Complaint and know the contents thereof and of my own knowledge assert that the same is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
RAUL SANCHEZ

Sworn to and Subscribed before me this 7th day of APRIL, 2006.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires:

J. E. SANCHEZ
Notary Public - State of Florida
My Commission Expires Dec 5, 2008
Commission # DD344064
Bonded By National Notary Assn.

# "EXHIBIT "A"



**PANTROPIC POWER** | **CAT**

Pantropic Power Inc.                                www.pantropic.com

MIAMI      WEST PALM BEACH      FT MYERS      FT LAUDERDALE      STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC          SHIP TO        M/V GOT TO B ME
         6800 SW JACK JAMES DRIVE                        BENEDICT FILLICHIO
         STUART  FL                    34997            201 CAPE AVENUE
                                                        COCOA, FL 32926
                                                        321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | | ST | D | SLM | T | | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3704061 | 04-03-06 | 3990183 | 94255 | | 37 | E | 2 | | | 1 |
| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | | | SEQUENCE NUMBER | |
| 3704061 | 09-02-05 | 10 | 10 | 10  DELIVER | | | | | 1 | |
| MAKE | MODEL | SERIAL NUMBER | | EQUIP NO. | | | HOURS | | ID NUMBER | |
| AA | 3406E | 09WR01835 | | | | | 648.0 | | | |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|

* * *   PROFORMA INVOICE   * * *

SHOULD YOUR RECORDS NOT AGREE, PLEASE CALL THE ACCOUNTS RECEIVABLE DEP
T. AT (305)592-4944

 T/S Both Engines
 Wont turn past 1200 RPM

TROUBLESHOOT ENGINE

 T/S  Both Engines
 Won't turn pass 1200 RTPM's

                    TOTAL LABOR          SEG. 01              248.40 *

                         SEGMENT 01 TOTAL                     248.40 T

---------------------------------------------------------------

REPAIR ENGINE

                                        F/R LBR              2923.14 *
                         SEGMENT 02 TOTAL                     2923.14 T

---------------------------------------------------------------

SUPPLY PARTS ENGINE

| PLEASE REMIT TO: | PAY THIS AMOUNT | CONT'D |
|---|---|---|
| P. O. BOX 863542 | AMOUNT CREDITED | |
| ORLANDO, FL   32886-3542 | | |

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material
or workmanship must be made within 15 days after invoice date. All claims must be made in writing"

**PANTROPIC POWER** **CAT**

Pantropic Power Inc
www.pantropic.com

MIAMI    WEST PALM BEACH    FT MYERS    FT LAUDERDALE    STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC
6800 SW JACK JAMES DRIVE
STUART  FL              34997

SHIP TO    M/V GOT TO B ME
BENEDICT FILLICHIO
201 CAPE AVENUE
COCOA, FL 32926
321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | | ST | D | SLM | T | | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3704061 | 04-03-06 | 3990183 | 94255 | | 37 | E | | 2 | | 2 |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 3704061 | 09-02-05 | 10 | 10 | 10    DELIVER | | | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | | HOURS | ID NUMBER |
|---|---|---|---|---|---|---|
| AA | 3406E | 09WR01835 | | | 648.0 | |

| QTY | PART NUMBER | NR | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | * * *    PROFORMA INVOICE    * * * | | | |
| 1 | 0R-7083 | | CARTRIDGE GP | N | 862.07 | 862.07 |
| 1 | | | CORE CHARGE | N | 823.55 | 823.55 |
| 1- | | | CORE CREDIT | S | 823.55 | 823.55- |
| 1 | 0R-7083 | | CARTRIDGE GP | N | 862.07 | 862.07 |
| 1 | | | CORE CHARGE | N | 823.55 | 823.55 |
| 1- | | | CORE CREDIT | S | 823.55 | 823.55- |
| 2- | 0R-7083 | | CARTRIDGE GP | N | 862.07 | 1724.14- |
| 1 | 0R-7083 | | CARTRIDGE GP | N | 862.07 | 862.07 |
| 1 | | | CORE CHARGE | N | 823.55 | 823.55 |
| 1- | | | CORE CREDIT | S | 823.55 | 823.55- |
| 1- | 0R-7083 | | CARTRIDGE GP | S | 862.07 | 862.07- |
| 2 | | | CORE CHARGE | N | 823.55 | 1647.10 |
| 2- | | | CORE CREDIT | S | 823.55 | 1647.10- |
| 2 | 1P-7958 | | NUT | S | .34 | .68 |
| 1 | 1P-0436 | | GASKET | S | 1.14 | 1.14 |
| 1 | 1R-0716 | | FILTER A | S | 23.99 | 23.99 |
| 10 | 1U-5516 | | DISC | S | 1.29 | 12.90 |
| 2 | 1U-7427 | | COVER ENGINE | S | 2.80 | 5.60 |
| 4 | 1U-7427 | | COVER ENGINE | S | 2.80 | 11.20 |
| 1 | 1U-8846 | | GASKET MAKER | S | 16.32 | 16.32 |
| 4 | 1U-9581 | | WIPERS | S | 7.27 | 29.08 |
| 2 | 2N-0931 | | GASKET | N | 1.57 | 3.14 |
| 10 | 2N-2766 | | LOCK NUT | N | 4.10 | 41.00 |
| 15 | 3E-6772 | | SEAL | N | 3.42 | 51.30 |
| 2 | 3P-0649 | | SEAL-O-RING | S | 13.98 | 27.96 |
| 2 | 3P-0654 | | SEAL-O-RING | S | 16.51 | 33.02 |
| 4 | 3P-0657 | | SEAL-O-RING | S | 14.96 | 59.84 |

| PAY THIS AMOUNT | CONT'D |
|---|---|
| AMOUNT CREDITED | |

PLEASE REMIT TO:
P. O. BOX 863542
ORLANDO, FL   32886-3542

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material
or workmanship must be made within 15 days after invoice date. All claims must be made in writing"



Pantropic Power Inc                    www.pantropic.com

MIAMI    WEST PALM BEACH    FT MYERS    FT LAUDERDALE    STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC         SHIP TO    M/V GOT TO B ME
        6800 SW JACK JAMES DRIVE                       BENEDICT FILLICHIO
        STUART  FL              34997                  201 CAPE AVENUE
                                                       COCOA, FL 32926
                                                       321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | ST | D | SLM | T | PAGE |
|---|---|---|---|---|---|---|---|---|
| 3704061 | 04-03-06 | 3990183 | 94255 | 37 | E | | 2 | 3 |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 3704061 | 09-02-05 | 10 | 10  10 | DELIVER | | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406E | 09WR01835 | | 648.0 | |

| QTY | PART NUMBER | NR | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | * * *  PROFORMA INVOICE  * * * | | | |
| 1 | 3S-6252 | | ADHESIVE | N | 5.30 | 5.30 |
| 1 | 3S-9643 | | SEAL | N | 10.61 | 10.61 |
| 2 | 3S-9643 | | SEAL | N | 10.61 | 21.22 |
| 1 | 4C-4205 | | PRIMER YELLO | S | 6.64 | 6.64 |
| 2 | 4N-0641 | | GASKET | N | 2.20 | 4.40 |
| 1 | 4N-0699 | | GASKET | N | .99 | .99 |
| 2 | 4N-0933 | | GASKET | N | .90 | 1.80 |
| 4 | 4N-1156 | | GASKET | S | 1.63 | 6.52 |
| 2 | 4N-3955 | | GASKET | S | 13.62 | 27.24 |
| 2 | 4N-3955 | | GASKET | S | 13.62 | 27.24 |
| 1 | 5H-1504 | | WASHER | N | .95 | .95 |
| 1 | 5H-2471 | | CEMENT | N | 10.02 | 10.02 |
| 2 | 5M-3038 | | SEAL O RING | S | 6.23 | 12.46 |
| 2 | 5M-3062 | | BOLT | S | .21 | .42 |
| 2 | 5P-0840 | | SEAL-O-RING | N | 3.71 | 7.42 |
| 1 | 5P-3413 | | COMP PIPE | S | 13.85 | 13.85 |
| 3 | 5P-5678 | | M SEAL STK | S | 11.27 | 33.81 |
| 2 | 5P-7530 | | SEAL O RING | S | 4.90 | 9.80 |
| 2 | 5P-9709 | | DISC | S | 6.72 | 13.44 |
| 2 | 6I-2517 | | GASKET | N | 3.13 | 6.26 |
| 2 | 6J-2245 | | SEAL O RING | S | 3.76 | 7.52 |
| 25 | 6K-0806 | | TIE | S | .26 | 6.50 |
| 6 | 6L-1650 | | SEAL O RING | S | 6.89 | 41.34 |
| 1 | 6N-0905 | | SPACER | S | 15.02 | 15.02 |
| 1 | 6N-9908 | | HSG A TURB | N | 2230.55 | 2230.55 |
| 1 | 6V-2055 | | GREASE | S | 29.64 | 29.64 |
| 2 | 6V-3917 | | SEAL O RING | S | 19.08 | 38.16 |

PLEASE REMIT TO:
P. O. BOX 863542
ORLANDO, FL    32886-3542

| PAY THIS AMOUNT | CONT'D |
|---|---|
| AMOUNT CREDITED | |

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material
or workmanship must be made within 15 days after invoice date. All claims must be made in writing"



**PANTROPIC POWER** | **CAT**

Pantropic Power Inc

www.pantropic.com

MIAMI    WEST PALM BEACH    FT MYERS    FT LAUDERDALE    STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC                    SHIP TO    M/V GOT TO B ME
         6800 SW JACK JAMES DRIVE                                  BENEDICT FILLICHIO
         STUART   FL                         34997                 201 CAPE AVENUE
                                                                   COCOA, FL 32926
                                                                   321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | ST | D | SLM | T | | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| 3704061 | 04-03-06 | 3990183 | 94255 | 37 | E | | 2 | | 4 |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|
| 3704061 | 09-02-05 | 10 10 | 10 | DELIVER | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406E | 09WR01835 | | 648.0 | |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *   PROFORMA INVOICE   * * * | | |
| 6 | 6V-4365 | | SEAL-O-RING | N | 2.93 | 17.58 |
| 3 | 6V-4365 | | SEAL-O-RING | N | 2.93 | 8.79 |
| 2 | 6V-4367 | | SEAL-O-RING | S | 5.58 | 11.16 |
| 2 | 6V-4589 | | SEAL O RING | N | 3.84 | 7.68 |
| 4 | 6V-5048 | | SEAL-O-RING | S | 2.56 | 10.24 |
| 4 | 6V-5049 | | SEAL O RING | S | 2.90 | 11.60 |
| 2 | 6V-5050 | | SEAL-O-RING | N | 4.72 | 9.44 |
| 6 | 6V-5656 | | SEAL | N | 16.24 | 97.44 |
| 2 | 6V-6560 | | O-RING SEAL | N | .66 | 1.32 |
| 2 | 7D-7111 | | SEAL-O-RING | N | 18.19 | 36.38 |
| 2 | 7L-0520 | | STUD | S | 6.98 | 13.96 |
| 1 | 7M-7273 | | GASKET | S | 7.37 | 7.37 |
| 1 | 7M-7273 | | GASKET | S | 7.37 | 7.37 |
| 30 | 8C-3681 | | CM HOSE STK | S | .12 | 3.60 |
| 6 | 8C-3684 | | ANTIFREEZE | S | 16.06 | 96.36 |
| 4 | 8L-2786 | | O RING | S | 3.42 | 13.68 |
| 1 | 8N-6058 | | GASKET | N | 14.65 | 14.65 |
| 2 | 8T-4896 | | WASHER | S | .20 | .40 |
| 3 | 8T-7752 | | PAD-HAND | S | 3.19 | 9.57 |
| 1 | 9N-2038 | | CLAMP A-TURB | N | 46.33 | 46.33 |
| 2 | 9S-8002 | | PLUG | N | 5.16 | 10.32 |
| 2 | 9S-8002 | | PLUG | N | 5.16 | 10.32 |
| 1 | 9S-8004 | | PLUG | N | 5.79 | 5.79 |
| 2 | 9S-8004 | | PLUG | N | 5.79 | 11.58 |
| 1- | 9U-7227 | | GAGE AS | S | 100.35 | 100.35- |
| 6 | 9X-7317 | | SEAL O RING | S | 2.78 | 16.68 |
| 3- | 9X-7370 | | WIPER ROD | N | 41.15 | 123.45- |

PLEASE REMIT TO:
P. O. BOX 863542
ORLANDO, FL   32886-3542

PAY THIS AMOUNT ➤ CONT'D

AMOUNT CREDITED ➤

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material or workmanship must be made within 15 days after invoice date. All claims must be made in writing"



Pantropic Power Inc                          www.pantropic.com

MIAMI      WEST PALM BEACH      FT MYERS      FT LAUDERDALE      STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC          SHIP TO       M/V GOT TO B ME
        6800 SW JACK JAMES DRIVE                     BENEDICT FILLICHIO
        STUART  FL                  34997           201 CAPE AVENUE
                                                    COCOA, FL 32926
                                                    321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | ST | D | BLM | T | | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| 3704061 | 04-03-06 | 3990183 | 94255 | 37 | E | | 2 | | 5 |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 3704061 | 09-02-05 | 10 | 10 | 10   DELIVER | | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406E | 09WR01835 | | 648.0 | |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *   PROFORMA INVOICE   * * * | | |
| 3 | 9X-7370 | | WIPER ROD | N | 41.15 | 123.45 |
| 3 | 9X-7378 | | SEAL | S | 1.24 | 3.72 |
| 3 | 9X-7418 | | SEAL O RING | N | 5.41 | 16.23 |
| 6 | 9X-7418 | | SEAL O RING | N | 5.41 | 32.46 |
| 6 | 9X-7419 | | SEAL O RING | N | 7.05 | 42.30 |
| 1 | 033-6042 | | O-RING | N | 2.90 | 2.90 |
| 2 | 033-6042 | | O-RING | N | 2.90 | 5.80 |
| 8 | 033-6042 | | O-RING | N | 2.90 | 23.20 |
| 2 | 061-9455 | | SEAL | N | 8.61 | 17.22 |
| 12 | 101-2844 | | ANTIFRZ/GAL | S | 13.26 | 159.12 |
| 1 | 103-6045 | | SEAL | N | 28.26 | 28.26 |
| 1 | 103-6045 | | SEAL | N | 28.26 | 28.26 |
| 1- | 103-6054 | | HARNESS A-RH | N | 264.99 | 264.99- |
| 1 | 103-6054 | | HARNESS A-RH | N | 264.99 | 264.99 |
| 8 | 106-1792 | | STUD TAPER | N | 9.50 | 76.00 |
| 22 | 106-1792 | | STUD TAPER | N | 9.50 | 209.00 |
| 12 | 108-5912 | | INSERT | S | 9.88 | 118.56 |
| 3 | 109-0072 | | SEAL O RING | S | 4.91 | 14.73 |
| 4 | 109-0073 | | SEAL O RING | S | 5.25 | 21.00 |
| 6 | 110-7753 | | SEAL O RING | S | 7.25 | 43.50 |
| 1 | 110-8314 | | WASHER | S | 2.70 | 2.70 |
| 2 | 114-2687 | | SEAL-O-RING | S | 3.19 | 6.38 |
| 1 | 122-7375 | | GUIDE | S | 12.86 | 12.86 |
| 1- | 123-5205 | | GASKET | S | 108.12 | 108.12- |
| 3 | 123-5205 | | GASKET | S | 108.12 | 324.36 |
| 2- | 123-5205 | | GASKET | S | 110.50 | 221.00- |
| 1 | 123-5205 | | GASKET | S | 108.12 | 108.12 |

| PLEASE REMIT TO: | PAY THIS | CONT'D |
|---|---|---|
| P. O. BOX 863542 | AMOUNT | |
| ORLANDO, FL   32886-3542 | AMOUNT CREDITED | |

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material
or workmanship must be made within 15 days after invoice date. All claims must be made in writing"

**PANTROPIC POWER** **CAT**

Pantropic Power Inc                        www.pantropic.com

MIAMI     WEST PALM BEACH     FT MYERS     FT LAUDERDALE     STUART

**SOLD TO** AMERICAN CUSTOM YACHTS, INC      **SHIP TO**      M/V GOT TO B ME
6800 SW JACK JAMES DRIVE                          BENEDICT FILLICHIO
STUART  FL                         34997          201 CAPE AVENUE
                                                  COCOA, FL 32926
                                                  321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | ST | D | SLM | T | PAGE |
|---|---|---|---|---|---|---|---|---|
| 3704061 | 04-03-06 | 3990183 | 94255 | 37 | E | | 2 | 6 |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|
| 3704061 | 09-02-05 | 10 | 10 | 10  DELIVER | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406E | 09WR01835 | | 648.0 | |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *    PROFORMA INVOICE    * * * | | |
| 3 | 124-9052 | | GASKET-RGLT | N | 2.76 | 8.28 |
| 6 | 129-9452 | | GASKET | S | 3.76 | 22.56 |
| 3 | 130-5694 | | SEAL-O-RING | N | 18.54 | 55.62 |
| 3 | 130-9725 | | TURBO GP | N | 4983.00 | 14949.00 |
| 3- | 130-9725 | | TURBO GP | S | 4983.00 | 14949.00- |
| 2 | 142-2329 | | SEAL-DRAINBA | N | 12.29 | 24.58 |
| 1 | 144-3393 | | HAND WIPE BK | N | 18.60 | 18.60 |
| 1 | 150-4104 | | GASKET | S | 34.70 | 34.70 |
| 24 | 163-2478 | | SEAL-VALVE | S | 6.84 | 164.16 |
| 1 | 185-2831 | | LINE AS | N | 89.23 | 89.23 |
| 1 | 187-2112 | | HEAD GP-CYL | N | 8485.71 | 8485.71 |
| 2- | 187-2112 | | HEAD GP-CYL | N | 8485.71 | 16971.42- |
| 1 | 187-2112 | | HEAD GP-CYL | N | 8485.71 | 8485.71 |
| 1 | 193-1417 | | BOLT-HEX HEA | S | 14.20 | 14.20 |
| 2- | 224-5122 | | GASKET | N | 143.00 | 286.00- |
| 1 | 224-5122 | | GASKET | N | 143.00 | 143.00 |
| 2 | 224-5122 | | GASKET | N | 143.00 | 286.00 |
| 1 | 227-1204 | | GASKET | N | 49.24 | 49.24 |
| 1 | 227-1204 | | GASKET | N | 49.24 | 49.24 |
| 4 | 242-9537 | | SEAL | S | 37.04 | 148.16 |
| 1 | 243-1159 | | FASTENER | S | 5.27 | 5.27 |
| 1 | 246-5180 | | GLOVES GP | S | 13.20 | 13.20 |
| 1 | 248-5513 | | REGULATOR-TE | S | 38.88 | 38.88 |
| 2 | 248-7518 | | 478784-4 OIL | S | 15.04 | 30.08 |
| 13 | 248-7520 | | CAT DEO CF 3 | S | 15.60 | 202.80 |
| 2 | F-88 GAL | | CLEANER& DEGREASERS | | 6.50 | 13.00 |
| 1 | W78LPS | | CLEANER | S | 9.93 | 9.93 |

**PLEASE REMIT TO:**
P. O. BOX 863542
ORLANDO, FL   32886-3542

| PAY THIS AMOUNT | CONT'D |
|---|---|
| AMOUNT CREDITED | |

*Claims for shortages must be made within 5 days of shipment, and claims based on defective material or workmanship must be made within 15 days after invoice date. All claims must be made in writing*



**PANTROPIC POWER** | **CAT**

Pantropic Power Inc                                    www.pantropic.com

MIAMI    WEST PALM BEACH    FT MYERS    FT LAUDERDALE    STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC          SHIP TO      M/V GOT TO B ME
         6800 SW JACK JAMES DRIVE                          BENEDICT FILLICHIO
         STUART  FL              34997                     201 CAPE AVENUE
                                                          COCOA, FL 32926
                                                          321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | | ST | Q | SLM | T | | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3704061 | 04-03-06 | 3990183 | 94255 | | 37 | E | | 2 | | 7 |
| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | | | SEQUENCE NUMBER | |
| 3704061 | 09-02-05 | 10   10 | 10 | DELIVER | | | | | 1 | |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406E | 09WR01835 | | 648.0 | |

| QTY | PART NUMBER | NR | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | * * *   PROFORMA INVOICE   * * * | | | |
| 6 | W78LPS | | CLEANER | S | 9.93 | 59.58 |
| 2 | W78LPS | | CLEANER | S | 9.93 | 19.86 |
| 20 | MAT530 | | UNIT OF OIL MAT | S | 1.32 | 26.40 |
| 10 | 2350853A | | SORBEN OIL PAD | S | 1.00 | 10.00 |
| 2 | T0696 | | SPRAY WHITE | S | 6.60 | 13.20 |
| 1 | 74000 | | GRAY PRIMER V2182 | N | 8.15 | 8.15 |
| 1 | | | CORE CHARGE | S | .01 | .01 |
| 1- | | | CORE CREDIT | S | .01 | .01- |
| | | | TOTAL PARTS | SEG. 03 | | 5525.03 * |
| 1.00 | 31AB1431635 | | A/C CLEANING | | | 325.00 |
| 6.00 | | | UPS RED | | | 470.00 |
| | | | TOTAL MISC CHGS | SEG. 03 | | 795.00 * |
| | | | SEGMENT 03 TOTAL | | | 6320.03 T |

-------------------------------------------------------------

CRACK/LEAK TEST CYLINDER HEAD ASSEMBLY

 CUSTOMER REQUEST TEST AND ADVISE CYL HEAD
 ENG.# 9WR01835 CLEAN AND PRESURE TEST CYL HEAD
FOUND INTAKE SEATS CRUDED REPLACE SEATS AS NEEDED
                SEGMENT 10 TOTAL                          .00 T

-------------------------------------------------------------

PLEASE REMIT TO:
P. O. BOX 863542
ORLANDO, FL   32886-3542

| | PAY THIS AMOUNT ▶ | CONT'D |
|---|---|---|
| | AMOUNT CREDITED ▶ | |

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material or workmanship must be made within 15 days after invoice date. All claims must be made in writing"

**PANTROPIC POWER** **CAT**

Pantropic Power Inc                    www.pantropic.com

MIAMI     WEST PALM BEACH     FT MYERS     FT LAUDERDALE     STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC          SHIP TO          M/V GOT TO B ME
         6800 SW JACK JAMES DRIVE                             BENEDICT FILLICHIO
         STUART   FL                          34997          201 CAPE AVENUE
                                                             COCOA, FL 32926
                                                             321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | ST | D | SLM | T | PAGE |
|---|---|---|---|---|---|---|---|---|
| 3704061 | 04-03-06 | 3990183 | 94255 | 37 | E | | 2 | 8 |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | SEQUENCE NUMBER |
|---|---|---|---|---|---|
| 3704061 | 09-02-05 | 10   10   10 | DELIVER | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406E | 09WR01835 | | 648.0 | |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|

```
                        * * *     PROFORMA INVOICE     * * *


        CRACK/LEAK TEST CYLINDER HEAD ASSEMBLY

          CUSTOMER REQUEST TEST AND ADVISE CYL HEAD
          ENG.# 9WR01838 FOUND ALL INTAKE SEATS CRUDED
          CLEAN AND PRESURE TEST AND REPLACE SEATS AS NEEDED

                          TOTAL LABOR          SEG. 11              810.85 *

                             SEGMENT 11 TOTAL                      810.85 T

          -------------------------------------------------     --------------


        ASSEMBLE CYLINDER HEAD ASSEMBLY

          REASSEMBLE CYLINDER HEADS ON ENGINES
                                                 F/R LBR           1752.30 *
                             SEGMENT 31 TOTAL                      1752.30 T

          -------------------------------------------------     --------------


        REMOVE & INSTALL TURBOCHARGER

          TOOK TURBO MEASUREMENTS AND DID NOT MEET CAT SPECS
          REMOVED AND REPLACED TURBO HOT HOUISNG AND CARTRID
          GE WITH REMAN.
```

| | | | PAY THIS | CONT'D |
|---|---|---|---|---|
| PLEASE REMIT TO: | | | AMOUNT | |
| P. O. BOX 863542 | | | AMOUNT | |
| ORLANDO, FL   32886-3542 | | | CREDITED | |

*Claims for shortages must be made within 5 days of shipment, and claims based on defective material or workmanship must be made within 15 days after invoice date. All claims must be made in writing*

**PANTROPIC POWER** **CAT**

Pantropic Power Inc

www.pantropic.com

MIAMI     WEST PALM BEACH     FT MYERS     FT LAUDERDALE     STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC
6800 SW JACK JAMES DRIVE
STUART   FL                    34997

SHIP TO        M/V GOT TO B ME
BENEDICT FILLICHID
201 CAPE AVENUE
COCOA, FL 32926
321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | | ST | D | SLM | T | | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3704061 | 04-03-06 | 3990183 | 94255 | | 37 | E | | 2 | | 9 |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 3704061 | 09-02-05 | 10 | 10 | 10 DELIVER | | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | | EQUIP NO. | | HOURS | | ID NUMBER |
|---|---|---|---|---|---|---|---|---|
| AA | 3406E | 09WR01835 | | | | 648.0 | | |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *     PROFORMA INVOICE     * * * | | |
| | | | TOTAL LABOR          SEG. 32 | | 892.40 * |
| | | | SEGMENT 32 TOTAL | | 892.40 T |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REMOVE & INSTALL BOOST PRESSURE SENSOR

BOAT WOULD NOT TURN UP ON FINAL SEA TRIAL. T/S AND
FOUND BOOST PRESSURE BAD. INSTALLED NEW ON AND BO
AT RAN FINE.

|  |  |  | SEGMENT 33 TOTAL |  | .00 T |
|---|---|---|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TRAVEL TO/FROM WORK AREA

T/S  Both engines
Won't turn past 1200RPM

| | | | TOTAL LABOR          SEG. 45 | | 1248.50 * |
|---|---|---|---|---|---|
| 1.00 | | | TRIP CHARGE | | 20.50 |

PLEASE REMIT TO:
P. O. BOX 863542
ORLANDO, FL   32886-3542

| PAY THIS AMOUNT ▶ | CONT'D |
|---|---|
| AMOUNT CREDITED ▶ | |

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material
or workmanship must be made within 15 days after invoice date. All claims must be made in writing"



Pantropic Power Inc                                  www.pantropic.com

MIAMI      WEST PALM BEACH      FT MYERS      FT LAUDERDALE      STUART

SOLD TO  AMERICAN CUSTOM YACHTS, INC          SHIP TO        M/V GOT TO B ME
         6800 SW JACK JAMES DRIVE                            BENEDICT FILLICHIO
         STUART  FL                    34997                 201 CAPE AVENUE
                                                             COCOA, FL 32926
                                                             321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | | ST | D | SLM | T | | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3704061 | 04-03-06 | 3990183 | 94255 | | 37 | E | | 2 | | 10 |
| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | | | SEQUENCE NUMBER | |
| 3704061 | 09-02-05 | 10  10 | 10 | DELIVER | | | | | 1 | |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406E | 09WR01835 | | 648.0 | |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *   PROFORMA INVOICE   * * * | | |
| | | | TOTAL MISC CHGS    SEG. 45 | | 20.50 * |
| | | | SEGMENT 45 TOTAL | | 1269.00 T |

-------------------------------------------------------------------------

TAX EXEMPTION LICENSE 5300018644287

\

| PLEASE REMIT TO: | PAY THIS AMOUNT | ▶ | 14216.12 |
|---|---|---|---|
| P. O. BOX 863542 | AMOUNT CREDITED | ▶ | |
| ORLANDO, FL   32886-3542 | | | |

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material
or workmanship must be made within 15 days after invoice date. All claims must be made in writing"



**PANTROPIC POWER** | **CAT**

Pantropic Power Inc   www.pantropic.com

MIAMI   WEST PALM BEACH   FT MYERS   FT LAUDERDALE   STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC
6800 SW JACK JAMES DRIVE
STUART   FL                          34997

SHIP TO        M/V GOT TO B ME
BENEDICT FILLICHIO
201 CAPE AVENUE
COCOA, FL 32926
321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | BT | D | SLM | T | PAGE |
|---|---|---|---|---|---|---|---|---|
| 3704134 | 04-03-06 | 3990183 | 94255 | 37 | E | | 2 | 1 |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 3704134 | 12-23-05 | 10 | 10 | 10   DELIVER | | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406 | 09WR01838 | | 656.0 | 5TBD |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|

```
*  *  *    PROFORMA INVOICE    *  *  *
```

SHOULD YOUR RECORDS NOT AGREE, PLEASE CALL THE ACCOUNTS RECEIVABLE DEP
T. AT (305)592-4944

TROUBLESHOOT ENGINE

|  |  |  |
|---|---|---|
| TOTAL LABOR | SEG. 01 | 248.40 * |
| SEGMENT 01 TOTAL | | 248.40 T |

-------------------------------------------------------------

REPAIR ENGINE

|  |  |  |
|---|---|---|
| TOTAL LABOR | SEG. 02 | 4730.80 * |
| SEGMENT 02 TOTAL | | 4730.80 T |

-------------------------------------------------------------

CRACK/LEAK TEST CYLINDER HEAD ASSEMBLY

PLEASE REMIT TO:
P. O. BOX 863542
ORLANDO, FL   32886-3542

| PAY THIS AMOUNT | ➤ | CONT'D |
|---|---|---|
| AMOUNT CREDITED | ➤ | |

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material
or workmanship must be made within 15 days after invoice date. All claims must be made in writing"



**PANTROPIC POWER** | CAT

Pantropic Power Inc        www.pantropic.com

MIAMI    WEST PALM BEACH    FT MYERS    FT LAUDERDALE    STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC     SHIP TO    M/V GOT TO B ME
     6800 SW JACK JAMES DRIVE                BENEDICT FILLICHIO
     STUART  FL             34997       201 CAPE AVENUE
                                    COCOA, FL 32926
                                    321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | ST | D | SLM | T | PAGE |
|---|---|---|---|---|---|---|---|---|
| 3704134 | 04-03-06 | 3990183 | 94255 | 37 | E | 2 | 2 | |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 3704134 | 12-23-05 | 10 | 10 | 10 DELIVER | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406 | 09WR01838 | | 656.0 | STBD |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *  PROFORMA INVOICE  * * * | | |
| | | | TOTAL LABOR     SEG. 03 | | 676.50 * |
| | | | SEGMENT 03 TOTAL | | 676.50 T |
| | | | | | |
| | | | ASSEMBLE CYLINDER HEAD ASSEMBLY | | |
| | | | TOTAL LABOR     SEG. 04 | | 2438.00 * |
| | | | SEGMENT 04 TOTAL | | 2438.00 T |
| | | | | | |
| | | | REMOVE & INSTALL TURBOCHARGER | | |
| | | | TOTAL LABOR     SEG. 05 | | 780.00 * |
| | | | SEGMENT 05 TOTAL | | 780.00 T |

PLEASE REMIT TO:
P. O. BOX 863542
ORLANDO, FL   32886-3542

| PAY THIS AMOUNT | ➤ | CONT'D |
|---|---|---|
| AMOUNT CREDITED | ➤ | |

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material or workmanship must be made within 15 days after invoice date. All claims must be made in writing"

 

**PANTROPIC POWER**  CAT

Pantropic Power Inc                                   www.pantropic.com

MIAMI      WEST PALM BEACH      FT MYERS      FT LAUDERDALE      STUART

SOLD TO  AMERICAN CUSTOM YACHTS, INC          SHIP TO      M/V GOT TO B ME
         6800 SW JACK JAMES DRIVE                          BENEDICT FILLICHIO
         STUART   FL                  34997               201 CAPE AVENUE
                                                          COCOA, FL 32926
                                                          321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | ST | O | SLM | T | PAGE |
|---|---|---|---|---|---|---|---|---|
| 3704134 | 04-03-06 | 3990183 | 94255 | 37 | E | 2 | | 3 |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 3704134 | 12-23-05 | 10 | 10  10 | DELIVER | | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | | HOURS | | ID NUMBER |
|---|---|---|---|---|---|---|---|
| AA | 3406 | 09WR01838 | | | 656.0 | | STBD |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|

                         * * *    PROFORMA INVOICE    * * *

REMOVE & INSTALL BOOST PRESSURE SENSOR


                    TOTAL LABOR        SEG. 06              522.50 *

                      SEGMENT 06 TOTAL                      522.50 T

------------------------------------------------------------------------

SUPPLY PARTS ENGINE

| QTY | PART NUMBER | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1 | | CORE CHARGE | S | 823.55 | 823.55 |
| 1- | | CORE CREDIT | S | 823.55 | 823.55- |
| 1 | 0R-7083 | CARTRIDGE GP | S | 862.07 | 862.07 |
| 1 | | CORE CHARGE | S | 823.55 | 823.55 |
| 1- | | CORE CREDIT | S | 823.55 | 823.55- |
| 1 | 1P-0436 | GASKET | S | 1.14 | 1.14 |
| 1 | 1P-0810 | TAPE | N | 4.88 | 4.88 |
| 1 | 1R-0716 | FILTER A | S | 23.99 | 23.99 |
| 10 | 1U-5516 | DISC | S | 1.29 | 12.90 |
| 15 | 1U-5516 | DISC | S | 1.29 | 19.35 |
| 4 | 1U-7427 | COVER ENGINE | S | 2.80 | 11.20 |
| 2 | 1U-7427 | COVER ENGINE | S | 2.80 | 5.60 |
| 4 | 1U-9581 | WIPERS | S | 7.27 | 29.08 |
| 1 | 1U-9581 | WIPERS | S | 7.27 | 7.27 |
| 2 | 2N-0931 | GASKET | N | 1.57 | 3.14 |

| PLEASE REMIT TO: | PAY THIS AMOUNT | ► | CONT'D |
|---|---|---|---|
| P. O. BOX 863542 | AMOUNT CREDITED | ► | |
| ORLANDO, FL   32886-3542 | | | |

*Claims for shortages must be made within 5 days of shipment, and claims based on defective material
or workmanship must be made within 15 days after invoice date. All claims must be made in writing*



**PANTROPIC POWER** **CAT**

Pantropic Power Inc                                         www.pantropic.com

MIAMI      WEST PALM BEACH      FT MYERS      FT LAUDERDALE      STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC          SHIP TO        M/V GOT TO B ME
         6800 SW JACK JAMES DRIVE                           BENEDICT FILLICHIO
         STUART  FL                    34997               201 CAPE AVENUE
                                                            COCOA, FL 32926
                                                            321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | | ST | D | SLM | T | | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3704134 | 04-03-06 | 3990183 | 94255 | | 37 | E | | 2 | | 4 |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 3704134 | 12-23-05 | 10 | 10 | 10 | DELIVER | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406 | 09WR01838 | | 656.0 | STBD |

| QTY | PART NUMBER | NR | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | * * * PROFORMA INVOICE * * * | | | |
| 32 | 2N-2766 | | LOCK NUT | N | 4.10 | 131.20 |
| 10 | 2N-2766 | | LOCK NUT | N | 4.10 | 41.00 |
| 24 | 3E-6772 | | SEAL | N | 3.42 | 82.08 |
| 24 | 3E-6772 | | SEAL | N | 3.42 | 82.08 |
| 5 | 3E-9713 | | 478784-5 OIL | S | 68.80 | 344.00 |
| 2 | 3P-0649 | | SEAL-O-RING | S | 13.98 | 27.96 |
| 2 | 3P-0654 | | SEAL-O-RING | S | 16.51 | 33.02 |
| 2 | 3S-9643 | | SEAL | N | 10.61 | 21.22 |
| 1 | 3S-9643 | | SEAL | N | 10.61 | 10.61 |
| 1 | 4N-0641 | | GASKET | N | 2.20 | 2.20 |
| 1 | 4N-0699 | | GASKET | N | .99 | .99 |
| 1 | 4N-0933 | | GASKET | N | .90 | .90 |
| 1 | 4N-3955 | | GASKET | S | 13.62 | 13.62 |
| 2 | SM-3038 | | SEAL O RING | S | 6.23 | 12.46 |
| 1 | 5P-0840 | | SEAL-O-RING | S | 3.71 | 3.71 |
| 1 | 5P-5678 | | M SEAL STK | S | 11.27 | 11.27 |
| 2 | 5P-7530 | | SEAL O RING | S | 4.90 | 9.80 |
| 3 | 5P-9709 | | DISC | S | 6.72 | 20.16 |
| 1 | 6I-2517 | | GASKET | N | 3.13 | 3.13 |
| 2 | 6J-2245 | | SEAL O RING | S | 3.76 | 7.52 |
| 12 | 6K-0806 | | TIE | S | .26 | 3.12 |
| 6 | 6L-1650 | | SEAL O RING | S | 6.89 | 41.34 |
| 1 | 6N-9908 | | HSG A TURB | N | 2230.55 | 2230.55 |
| 2 | 6V-2055 | | GREASE | S | 29.64 | 59.28 |
| 2 | 6V-3917 | | SEAL O RING | S | 19.08 | 38.16 |
| 6 | 6V-4365 | | SEAL-O-RING | N | 2.93 | 17.58 |
| 3 | 6V-4365 | | SEAL-O-RING | N | 2.93 | 8.79 |

PLEASE REMIT TO:
P. O. BOX 863542
ORLANDO, FL   32886-3542

| PAY THIS AMOUNT | ▶ | CONT'D |
|---|---|---|
| AMOUNT CREDITED | ▶ | |

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material or workmanship must be made within 15 days after invoice date. All claims must be made in writing"



Pantropic Power Inc.                                    www.pantropic.com

MIAMI     WEST PALM BEACH     FT MYERS     FT LAUDERDALE     STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC          SHIP TO      M/V GOT TO B ME
        6800 SW JACK JAMES DRIVE                          BENEDICT FILLICHIO
        STUART  FL              34997                     201 CAPE AVENUE
                                                          COCOA, FL 32926
                                                          321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | | ST | D | SLM | T | | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3704134 | 04-03-06 | 3990183 | 94255 | | 37 | E | | 2 | | 5 |
| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | | | | SEQUENCE NUMBER |
| 3704134 | 12-23-05 | 10 | 10 | 10 | DELIVER | | | | | 1 |
| MAKE | MODEL | SERIAL NUMBER | | EQUIP NO. | | HOURS | | | ID NUMBER | |
| AA | 3406 | 09WR01838 | | | | 656.0 | | | STBD | |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *   PROFORMA INVOICE   * * * | | |
| 1 | 6V-4367 | | SEAL-O-RING | S | 5.58 | 5.58 |
| 2 | 6V-4589 | | SEAL O RING | N | 3.84 | 7.68 |
| 4 | 6V-5048 | | SEAL-O-RING | S | 2.56 | 10.24 |
| 4 | 6V-5049 | | SEAL O RING | S | 2.90 | 11.60 |
| 1 | 6V-5050 | | SEAL-O RING | N | 4.72 | 4.72 |
| 4 | 6V-5656 | | SEAL | N | 16.24 | 64.96 |
| 1 | 6V-6560 | | O-RING SEAL | N | .66 | .66 |
| 2 | 7D-7111 | | SEAL-O-RING | N | 18.19 | 36.38 |
| 2 | 7L-0520 | | STUD | S | 6.98 | 13.96 |
| 1 | 7M-7273 | | GASKET | S | 7.37 | 7.37 |
| 30 | 8C-3681 | | CM HOSE STK | S | .12 | 3.60 |
| 6 | 8C-3684 | | ANTIFREEZE | S | 16.06 | 96.36 |
| 3 | 8L-2786 | | O RING | S | 3.42 | 10.26 |
| 1 | 8N-6058 | | GASKET | N | 14.65 | 14.65 |
| 3 | 8T-7752 | | PAD-HAND | S | 3.19 | 9.57 |
| 2 | 9L-8002 | | DOWEL | N | 4.85 | 9.70 |
| 2 | 9S-8004 | | PLUG | N | 5.79 | 11.58 |
| 1 | 9S-8004 | | PLUG | N | 5.79 | 5.79 |
| 1 | 9U-7227 | | GAGE AS | S | 100.35 | 100.35 |
| 6 | 9X-7317 | | SEAL O RING | S | 2.78 | 16.68 |
| 9 | 9X-7418 | | SEAL O RING | N | 5.41 | 48.69 |
| 6 | 9X-7419 | | SEAL O RING | N | 7.05 | 42.30 |
| 6 | 033-6042 | | O-RING | N | 2.90 | 17.40 |
| 1 | 061-9455 | | SEAL | N | 8.61 | 8.61 |
| 12 | 101-2844 | | ANTIFRZ/GAL | S | 13.26 | 159.12 |
| 24 | 106-1792 | | STUD TAPER | N | 9.50 | 228.00 |
| 12 | 108-5912 | | INSERT | S | 9.88 | 118.56 |

PLEASE REMIT TO:                              PAY THIS
P. O. BOX 863542                              AMOUNT  ►        CONT'D
ORLANDO, FL    32886-3542                     AMOUNT
                                              CREDITED  ►

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material
or workmanship must be made within 15 days after invoice date. All claims must be made in writing"

**PANTROPIC POWER** | CAT

Pantropic Power Inc | www.pantropic.com

MIAMI    WEST PALM BEACH    FT MYERS    FT LAUDERDALE    STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC
6800 SW JACK JAMES DRIVE
STUART  FL                    34997

SHIP TO    M/V GOT TO B ME
BENEDICT FILLICHIO
201 CAPE AVENUE
COCOA, FL 32926
321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | ST | D | SLM | T | PAGE |
|---|---|---|---|---|---|---|---|---|
| 3704134 | 04-03-06 | 3990183 | 94255 | 37 | E | | 2 | 6 |

| DOC NO/WO NO | DOC DATE | CP | CL | SHIPPING INSTRUCTIONS | | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 3704134 | 12-23-05 | 10 | 10 | 10 DELIVER | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406 | 09WR01838 | | 656.0 | STBD |

| QTY | PART NUMBER | NR | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | * * |* PROFORMA INVOICE * * * | | | |
| 9 | 109-0072 | | SEAL O RING | S | 4.91 | 44.19 |
| 3 | 109-0073 | | SEAL O RING | S | 5.25 | 15.75 |
| 1 | 114-2687 | | SEAL-O-RING | S | 3.19 | 3.19 |
| 1 | 122-7375 | | GUIDE | S | 12.86 | 12.86 |
| 2 | 123-5205 | | GASKET | S | 108.12 | 216.24 |
| 6 | 129-9452 | | GASKET | S | 3.76 | 22.56 |
| 2 | 130-5694 | | SEAL-O-RING | N | 18.54 | 37.08 |
| 1 | 140-2576 | | PAINT-MATHOR | S | 6.10 | 6.10 |
| 1 | 150-4104 | | GASKET | S | 34.70 | 34.70 |
| 24 | 163-2478 | | SEAL-VALVE | S | 6.84 | 164.16 |
| 1 | 218-3840 | | SENSOR GP-PR | S | 135.36 | 135.36 |
| 1 | 224-5122 | | GASKET | N | 143.00 | 143.00 |
| 1 | 227-1204 | | GASKET | N | 49.24 | 49.24 |
| 2 | 242-9537 | | SEAL | S | 37.04 | 74.08 |
| 1 | 248-5513 | | REGULATOR-TE | S | 38.88 | 38.88 |
| 1 | 248-7518 | | 478784-4 OIL | S | 15.04 | 15.04 |
| 13 | 248-7520 | | CAT DEO CF 3 | S | 15.60 | 202.80 |
| 1 | CE16PB | | P.B BLASTER | S | 6.58 | 6.58 |
| 5 | W78LPS | | CLEANER | S | 9.93 | 49.65 |
| 2 | W78LPS | | CLEANER | S | 9.93 | 19.86 |
| 20 | MAT530 | | UNIT OF OIL MAT | S | 1.32 | 26.40 |
| 10 | 2350853A | | SORBEN OIL PAD | S | 1.00 | 10.00 |
| 2 | T0696 | | SPRAY WHITE | S | 6.93 | 13.86 |
| | | | TOTAL PARTS | SEG. 07 | | 6644.32 * |
| 1.00 | | | NEXT DAY | | | 263.00 |

PLEASE REMIT TO:
P. O. BOX 863542
ORLANDO, FL   32886-3542

| PAY THIS AMOUNT | CONT'D |
|---|---|
| AMOUNT CREDITED | |

"Claims for shortages must be made within 5 days of shipment, and claims based on defective material or workmanship must be made within 15 days after invoice date. All claims must be made in writing"



**PANTROPIC POWER** **CAT**

Pantropic Power Inc

www.pantropic.com

MIAMI    WEST PALM BEACH    FT MYERS    FT LAUDERDALE    STUART

SOLD TO AMERICAN CUSTOM YACHTS, INC
6800 SW JACK JAMES DRIVE
STUART   FL            34997

SHIP TO      M/V GOT TO B ME
BENEDICT FILLICHIO
201 CAPE AVENUE
COCOA, FL 32926
321-636-6061

| INVOICE NUMBER | DATE | CUSTOMER NUMBER | PURCHASE ORDER NUMBER | ST | D | SLM | T | | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| 3704134 | 04-03-06 | 3990183 | 94255 | 37 | E | | 2 | | 7 |

| DOC NO/WO NO | DOC DATE | CP | GL | SHIPPING INSTRUCTIONS | | | | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 3704134 | 12-23-05 | 10 | 10 | DELIVER | | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIP NO. | HOURS | ID NUMBER |
|---|---|---|---|---|---|
| AA | 3406 | 09WR01838 | | 656.0 | STBD |

| QTY | PART NUMBER | NR | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *   PROFORMA INVOICE   * * * | | |
| | | | TOTAL MISC CHGS      SEG. 07 | | 263.00 * |
| | | | SEGMENT 07 TOTAL | | 6907.32 T |

---

TRAVEL TO/FROM WORK AREA

BOAT LOCATED AT AMERICAN CUSTOM YACHTS. JUPITER FLORIDA. NUMEROUS TRIPS MADE DUE TO THE SEVERITY OF THE REPAIR.

TOTAL LABOR        SEG. 45             1111.00 *

SEGMENT 45 TOTAL                      1111.00 T

---

TAX EXEMPTION LICENSE 5300018644287

PLEASE REMIT TO:
P. O. BOX 863542
ORLANDO, FL   32886-3542

| PAY THIS AMOUNT | 17414.52 |
|---|---|
| AMOUNT CREDITED | |

claims for shortages must be made within 5 days of shipment, and claims based on defective material
workmanship must be made within 15 days after invoice date. All claims must be made in writing"

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

PANTROPIC POWER INC.

**DEFENDANTS**

CIV - SEITZ

M/Y GOTTA B ME, her engines, tackle, etc in rem and BENEDICT FILLICHIO inperson am

**(b)** County of Residence of First Listed Plaintiff  **Miami Dade**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
LAND INVOLVED.

McALILEY

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

BLANCK & COOOPER, P.A.
5730 S.W. 74th Street, #700
Miami, Florida  33143
phone: 305-663-0177  DADE 06cv 21004 (Seitz/McAliby)

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ☒ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE
HIGHLANDS

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff |
|---|---|---|

(For Diversity Cases Only) and One Box for Defendant)

| | | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☐ NO   b) Related Cases ☐ YES ☐ NO
JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 46 USC 31341-31342
Breach of maritime contract to provide necessaries to vessel
LENGTH OF TRIAL via  2  days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ ___   CHECK YES only if demanded in complaint:  JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE   SIGNATURE OF ATTORNEY OF RECORD   DATE 4/18/06

FOR OFFICE USE ONLY
AMOUNT  350 -   RECEIPT # 939000  FP